IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNIE MAIDEN,**
ADC #154687,                                                    PETITIONER

v.                     Case No. 5:14-cv-00335-KGB

**RAY HOBBS, Director,**
Arkansas Department of Correction                               RESPONDENT

### ORDER

Pending before the Court are Petitioner Donnie Maiden's motion for leave to proceed *in forma pauperis* (Dkt. No. 3) and motion to stay (Dkt. No. 4).

On September 5, 2014, Mr. Maiden filed a petition for writ of habeas corpus (Dkt. No. 1). In his motion to stay (Dkt. No. 4), Mr. Maiden acknowledges that he must first file his request for relief in state court and that he has not done so; accordingly, he requests this Court to dismiss his petition without prejudice. Therefore, for good cause shown, the Court dismisses without prejudice Mr. Maiden's petition for writ of habeas corpus (Dkt. No. 1). Further, the Court denies all other pending motions as moot.

IT IS SO ORDERED this 6th day of October, 2014

_____
Kristine G. Baker
United States District